# Exhibit A

**Fill in this information to identify the case:**

Debtor 1: BD Laplace, LLC

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: District of Delaware

Case number: 19-12155

# Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Canadian National Railway Company
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: CN

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

RECEIVED
FEB 19 2020
KURTZMAN CARSON CONSULTANTS

Where should notices to the creditor be sent?

Martin Cyr
Name

935 de la Gauchetiere West
Number   Street

Montreal              Qc   Canada, H3B 2M9
City                  State      ZIP Code

Contact phone 514-399-6182

Contact email Martin.cyr@cn.ca

Where should payments to the creditor be sent? (if different)

Name: _____
Number   Street: _____
City   State   ZIP Code: _____
Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __-__ __ __ __-__ __ __ __-__ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on __/__/____ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                Proof of Claim

1912155200219000000000001

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __5__ __3__ __0__ __7__

7. **How much is the claim?** $ _15,409.65_ . Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Freight and transportation services rendered

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:                        $_____
   Amount of the claim that is secured:      $_____

   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

   RECEIVED
   FEB 19 2020
   KURTZMAN CARSON CONSULTANTS

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No ☐ Yes. *Check one:* ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | **Amount entitled to priority** $_____ $_____ $_____ $_____ $_____ $_____ |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/15/2020
                  MM / DD / YYYY

Signature: *Daniel Panfili*

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Daniel Panfili | |
| | First name        Middle name        Last name | |
| Title | Credit Portfolio Manager | |
| Company | Canadian National Railway Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 935 de la Gauchetiere West | |
| | Number        Street | |
| | Montreal                                        Qc, Canada, H3B 2M9 | |
| | City                                            State        ZIP Code | |
| Contact phone | 514-399-7470 | Email daniel.panfili@cn.ca |

RECEIVED
FEB 1 9 2020
KURTZMAN CARSON CONSULTANTS

| Suffix | Invoice Number | Waybill/Service Date | Invoice Date | Billed Amount | Amount Paid | Net Amount | Currency | Origin | Destination | OS Cat - Desc | OS Type - Desc | Equipment | REF/BL# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F065307A | 775497790 | 6/7/2019 | 1/28/2020 | 5,852.54 | 368.42 | 5,484.12 | USD | LA PLACE LA | MILLPORT AL | | | ACFX 44662 | 01446524311K |
| P065307Y | 754291454 | 9/28/2019 | 10/18/2019 | 9,100.00 | - | 9,100.00 | USD | LA PLACE LA | LA PLACE LA | SG - STORAGE | AC - ASSIGNED CAR STORAGE | | |
| P065307Y | 754291455 | 9/28/2019 | 10/18/2019 | 1,200.00 | 374.47 | 825.53 | USD | LA PLACE LA | LA PLACE LA | DM - DEMURRAGE | PZ - PVT EQUIP HELD ON CN TRK PRIOR LOAD | | |
| | | | | | | 15,409.65 | | | | | | | |


## Revenue Management - Gestion des recettes

PAGE: 1

# Balance Due / Corrected Invoice
## Solde à payer / Facture rectifiée

PAYING PARTY. RESPONSABLE DU PAIEMENT

PATRON No. • Nº CLIENT: **065307 A**

BD LAPLACE LLC
ACCTS PAYABLE
P.O. BOX 5000
LA PLACE  LA   70069
USA

| BALANCE DUE SOLDE À PAYER | INVOICE / FACTURE | | BILL OF LADING NUMBER NUMÉRO DE CONNAISSEMENT |
|---|---|---|---|
| MM/DD/YYYY | MM/DD/YYYY | NO. • Nº | |
| 01/28/2020 | 06/08/2019 | 077549790 | 014465243JJK |

Please refer to this number when making remittance
Veuillez rappeler ce numéro lors de votre paiement

---

ROUTE • ITINÉRAIRE   **CN  JACKN KCS  CLMBM LXVR**                             R-11

| EQUIPMENT NUMBER Nº DU MATÉRIEL | WAYBILL MM/DD/YYYY | • FEUILLE DE ROUTE No. Nº | DESTINATION **MILLPORT, AL** | ORIGIN • ORIGINE **LA PLACE, LA** |
|---|---|---|---|---|
| ACFX 44662 | 06/07/2019 | 383760 | Destination R-11 | Origin • Origine R-11 |

CUSTOMER REFERENCE No.   PURCHASE ORDER No.
Nº RÉFÉRENCE CLIENT       Nº BON DE COMMANDE

Final Dest.                                                                    Prior Origin
Dest. finale                                                                   Origine préc.

CONSIGNEE • DESTINATAIRE                                       SHIPPER • EXPÉDITEUR
**STEEL DUST RECYCLING LLC**                                   **BD LAPLACE LLC**

| WEIGHT • POIDS | | | | LENGTH • LONGUEUR | | CAPACITY • CAPACITÉ | | KIND • TYPE | | | PKG • EMB. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS BRUT | TARE | ALLOWANCE TOLÉRANCE | NET | ORDERED DEMANDÉE | FURNISHED LIVRÉE | ORDERED DEMANDÉE | FURNISHED LIVRÉE | ORDERED DEMANDÉE | FURNISHED LIVRÉE | | QTY QTÉ | TYPE |
| 00237700 | 057700 | 0 | 180000 | | | | 205300 | | C111 | | 1 | HPC |

STCC  4875648

HAZARDOUS WASTE, SOLID, N.O.S.

| DESCRIPTION OF ARTICLE DESCRIPTION D'ARTICLE | KG | WGT/UNITS POIDS/UNITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|---|
| | | 180,000 AS PER CAR | | |
| BASE PUBLISHED RATE | | 1 | 5784.00 | 5784.00 |
| FUEL SURCHARGE   PER MILE | | 408 | .168 | 68.54 |
| | | | | ----------- |
| TOTAL | | | | 5852.54 |

PAYMENT HISTORY:
  CHK-NUMB   CHK-DATE      CHK-AMOUNT    RMC     AMT ON CHQ   EXCH RATE
  ELECTRONIC  02/28/2019    128148.68    HUEW       368.42                   368.42
                                                                          -----------
                                TOTAL PAYMENTS:                             368.42

FUEL SURCHARGE TARIFF:CN 007403
CONTRACT:CN 536573.0089    PRICE REFERENCE APPLIED: CN  Q0000536573000274
SHIPPER'S IDENTIFYING NO FOR SHIPMENT (SID) - 014465243JJK

CARE OF PARTY   STEEL DUST RECYCLING LLC
CUBIC FEET :02980


OPEN AMOUNT PAST DUE
REASON FOR PARTIAL PAYMENT HAS NOT BEEN RECEIVED IN EBILL
GO TO CN WEBSITE WWW.CN.CA TO ENTER DETAILS

---

| HST/GST No.  NºTVH/TPS   10076 8779 RT0001 | STATEMENT No. | PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID |
| QST No.      NºTVQ       1000043156 TQ 0514 | Nº ÉTAT DE COMPTE  **447980879** | MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ |
| AUTO | | **$5,484.12** |
| For information ● Pour renseignements | MAKE CHECK PAYABLE TO: LIBELLER LE CHÈQUE À L'ORDRE DE: | Total includes taxes,if applicable / Total inclus les taxes,si applicable |
| C.P. 11774, SUCC. CENTRE-VILLE | CN | DATE DUE: DATE D'ÉCHÉANCE:  01/28/2020 |
| MONTREAL, QC | | |
| H3C 0A4 | P.O. BOX 71206 | PLEASE QUOTE INVOICE NUMBER / |
| NICHOLAS PASCARELLA | CHICAGO, IL | VEUILLEZ RAPPELER LE Nº DE FACTURE: **077549790** |
| (514)-399-8087 | 60694-1206 | Annual Interest Charge:    12 % |
| E-MAIL: NICHOLAS.PASCARELLA@CN.CA | WWW.CN.CA | Taux pour frais d'intérêts:  12 % |



PAGE: 1

## Invoice
## Optional Services
ASSIGNED CAR STORAGE

## Facture
## Services Optionnels
ENTREPOSAGE DE WAGON EN AFFECTATION

PAYING PARTY. RESPONSABLE DU PAIEMENT
BD LAPLACE LLC
ARCELOR MITTAL LAPLACE
LLC 138 HIGHWAY 3217
LA PLACE-8821   LA   70068
USA

PATRON No / N° CLIENT   065307 Y

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / N° | |
| 10/18/2019 | 754291454 | |

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER N° DU MATÉRIEL | FROM/AT DE / À | LA PLACE, LA | TO JUSQU'À | |
|---|---|---|---|---|---|
| | | FROM ZTS DU ZTS | | TO ZTS AU ZTS | |
| 09/22/2019 | | | | | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | OTHER / AUTRE INFORMATION 1 | | OTHER / AUTRE INFORMATION 2 | |
| 09/28/2019 | | BD LAPLACE LLC | | | |
| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
| | | | | | | | CN | |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| ASSIGNED CAR STORAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 70.0000 | 130.00 | 9,100.00 |
| | | | ------------ |
| | | | 9,100.00 |

RATE LINE 1: TARIFF:CN 009000

ADDITIONAL INFORMATION

CUSTOMER ASSIGNED POOLS  - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.   4703167
AUTO
For Information  Pour renseignements

YAYING DONG
(514)-399-5210
YAYING.DONG@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE   481942515

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:
CN
P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$9,100.00
Total includes taxes,if applicable / Total inclus les taxes,si applicable

DATE DUE:
DATE D'ÉCHÉANCE: 11/02/2019

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:   754291454
Annual Interest Charge:   12 %
Taux pour frais d'intérêts:   12 %

**CN**

PAGE: 1

## Balance Due / Corrected Invoice
PVT EQUIP HELD ON CN TRK PRIOR LOAD

## Solde à payer / Factures rectifiées
CHARG MAT PART RETENUS VOIES CN

| PAYING PARTY. RESPONSABLE DU PAIEMENT | | | |
|---|---|---|---|
| BD LAPLACE LLC | | | |
| ARCELOR MITTAL LAPLACE | | | |
| LLC 138 HIGHWAY 3217 | | | |
| LA PLACE-8821  LA   70068 | | | |
| USA | | | |

PATRON No / No CLIENT    065307 Y

| DOCUMENT | INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|---|
| MM/DD/YYYY | MM/DD/YYYY | NO. / No | |
| 10/18/2019 | 10/18/2019 | 754291455 | |

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / No DU MATÉRIEL | FROM/AT / DE / À | LA PLACE,  LA | TO / JUSQU'À | |
|---|---|---|---|---|---|
| | | FROM ZTS / DU ZTS | | TO ZTS / AU ZTS | |
| 09/22/2019 | | | | | |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | OTHER / AUTRE INFORMATION 1 | | OTHER / AUTRE INFORMATION 2 | |
| 09/28/2019 | | BD LAPLACE LLC | | | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CN | |

STCC

| DESCRIPTION | QUANTITY / QUANTITÉ | RATE / PRIX | CHARGES / FRAIS |
|---|---|---|---|
| PVT EQUIP HELD ON CN TRK PRIOR LOAD | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 16.0000 | 75.00 | 1,200.00 |
| | | | ------------ |
| | | | 1,200.00 |

RATE LINE 1: TARIFF:CN 009000

INVESTIGATION COMPLETED: CORRECT AS BILLED


ADDITIONAL INFORMATION

PRIVATE EMPTY EQUIPMENT HELD ON CN TRACKS   - ALL

---

HST/GST No. / No TVH/TPS  10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.         4703168

STATEMENT No.
No ÉTAT DE COMPTE       481942515

For Information   Pour renseignements

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

**CN**

NICHOLAS PASCARELLA
(514)-399-8087
NICHOLAS.PASCARELLA@CN.CA

P.O. BOX 71206
CHICAGO, IL
60694-1206
        WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
                         **$825.54**
Total includes taxes,if applicable / Total inclus les taxes,si applicable

DATE DUE:
DATE D'ÉCHÉANCE: 10/18/2019

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:                                          754291455
Annual Interest Charge:       12 %
Taux pour frais d'intérêts:       12 %