# Exhibit B

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 6 | CANADIAN NATIONAL RAILWAY | 07/05/19 | 2000095876 | Wire | $ 112,170.38 | 5100600481 | 05/19/19 | $ 7,616.39 |
| 7 | | | | | | 5100600476 | 05/21/19 | $ 5,847.65 |
| 8 | | | | | | 5100600485 | 05/21/19 | $ 2,904.69 |
| 9 | | | | | | 5100600487 | 05/21/19 | $ 2,904.69 |
| 10 | | | | | | 5100600494 | 05/21/19 | $ 2,904.69 |
| 11 | | | | | | 5100600495 | 05/21/19 | $ 2,904.69 |
| 12 | | | | | | 5100600496 | 05/21/19 | $ 2,904.69 |
| 13 | | | | | | 5100600497 | 05/21/19 | $ 2,904.69 |
| 14 | | | | | | 5100600498 | 05/21/19 | $ 2,904.69 |
| 15 | | | | | | 5100600499 | 05/21/19 | $ 2,904.69 |
| 16 | | | | | | 5100600667 | 05/21/19 | $ 2,904.69 |
| 17 | | | | | | 5100601324 | 05/22/19 | $ 2,904.69 |
| 18 | | | | | | 5100601325 | 05/22/19 | $ 2,904.69 |
| 19 | | | | | | 5100601326 | 05/22/19 | $ 2,904.69 |
| 20 | | | | | | 5100601328 | 05/22/19 | $ 2,904.69 |
| 21 | | | | | | 5100601329 | 05/22/19 | $ 2,904.69 |
| 22 | | | | | | 5100601330 | 05/22/19 | $ 2,904.69 |
| 23 | | | | | | 5100601331 | 05/22/19 | $ 2,904.69 |
| 24 | | | | | | 5100601332 | 05/23/19 | $ 2,904.69 |
| 25 | | | | | | 5100601333 | 05/23/19 | $ 9,489.12 |
| 26 | | | | | | 5100601334 | 05/23/19 | $ 9,489.12 |
| 27 | | | | | | 5100601335 | 05/23/19 | $ 2,904.69 |
| 28 | | | | | | 1900042339 | 05/24/19 | $ 75.00 |
| 29 | | | | | | 5100601350 | 05/24/19 | $ 9,489.12 |
| 30 | | | | | | 5100601351 | 05/24/19 | $ 9,489.12 |
| 31 | | | | | | 5100601352 | 05/24/19 | $ 8,390.44 |
| 32 | | | | | | | | $ 112,170.38 |
| 33 | | | | | | | | |
| 34 | CANADIAN NATIONAL RAILWAY | 07/11/19 | 2000095974 | Wire | $ 255,466.08 | 5100601444 | 05/25/19 | $ 2,904.69 |
| 35 | | | | | | 5100601445 | 05/25/19 | $ 2,904.69 |
| 36 | | | | | | 5100601446 | 05/25/19 | $ 11,740.21 |
| 37 | | | | | | 5100601448 | 05/25/19 | $ 2,904.69 |
| 38 | | | | | | 5100601449 | 05/25/19 | $ 2,904.69 |
| 39 | | | | | | 5100601451 | 05/25/19 | $ 2,904.69 |
| 40 | | | | | | 5100601452 | 05/25/19 | $ 2,904.69 |
| 41 | | | | | | 5100601442 | 05/26/19 | $ 11,222.67 |
| 42 | | | | | | 5100601443 | 05/27/19 | $ 11,222.67 |
| 43 | | | | | | 5100601778 | 05/28/19 | $ 2,904.69 |
| 44 | | | | | | 5100601779 | 05/28/19 | $ 2,904.69 |
| 45 | | | | | | 5100601780 | 05/28/19 | $ 2,904.69 |
| 46 | | | | | | 5100601781 | 05/28/19 | $ 2,904.69 |
| 47 | | | | | | 5100603715 | 05/28/19 | $ 5,847.65 |
| 48 | | | | | | 5100602030 | 05/30/19 | $ 2,904.69 |
| 49 | | | | | | 5100602393 | 05/31/19 | $ 5,847.65 |
| 50 | | | | | | 5100602474 | 05/31/19 | $ 11,373.41 |
| 51 | | | | | | 5100602498 | 05/31/19 | $ 8,390.44 |
| 52 | | | | | | 5100602499 | 05/31/19 | $ 11,059.64 |
| 53 | | | | | | 1900042355 | 06/01/19 | $ 900.00 |
| 54 | | | | | | 1900042356 | 06/01/19 | $ 400.00 |
| 55 | | | | | | 5100603216 | 06/01/19 | $ 8,390.44 |
| 56 | | | | | | 5100603217 | 06/01/19 | $ 7,616.39 |
| 57 | | | | | | 5100603218 | 06/02/19 | $ 10,172.46 |
| 58 | | | | | | 5100603219 | 06/02/19 | $ 11,397.14 |
| 59 | | | | | | 5100603220 | 06/02/19 | $ 11,373.41 |
| 60 | | | | | | 5100604378 | 06/04/19 | $ 5,852.54 |
| 61 | | | | | | 1900042416 | 06/06/19 | $ 100.00 |
| 62 | | | | | | 1900042418 | 06/06/19 | $ 100.00 |
| 63 | | | | | | 1900042419 | 06/06/19 | $ 100.00 |
| 64 | | | | | | 5100604513 | 06/07/19 | $ 2,911.98 |
| 65 | | | | | | 5100604514 | 06/07/19 | $ 2,911.98 |
| 66 | | | | | | 5100604515 | 06/07/19 | $ 2,911.98 |
| 67 | | | | | | 5100604516 | 06/07/19 | $ 2,911.98 |
| 68 | | | | | | 5100604517 | 06/07/19 | $ 2,911.98 |
| 69 | | | | | | 5100604521 | 06/07/19 | $ 8,404.01 |
| 70 | | | | | | 5100604495 | 06/10/19 | $ 2,911.98 |
| 71 | | | | | | 5100604496 | 06/10/19 | $ 2,911.98 |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 72 | | | | | | 5100604497 | 06/10/19 | $ 2,911.98 |
| 73 | | | | | | 5100604498 | 06/10/19 | $ 2,911.98 |
| 74 | | | | | | 5100604500 | 06/10/19 | $ 2,911.98 |
| 75 | | | | | | 5100604501 | 06/10/19 | $ 2,911.98 |
| 76 | | | | | | 5100604502 | 06/10/19 | $ 2,911.98 |
| 77 | | | | | | 5100604503 | 06/10/19 | $ 2,911.98 |
| 78 | | | | | | 5100604504 | 06/10/19 | $ 2,911.98 |
| 79 | | | | | | 5100604506 | 06/10/19 | $ 2,911.98 |
| 80 | | | | | | 5100604507 | 06/10/19 | $ 2,911.98 |
| 81 | | | | | | 5100604511 | 06/10/19 | $ 2,911.98 |
| 82 | | | | | | 5100604489 | 06/11/19 | $ 2,911.98 |
| 83 | | | | | | 5100604491 | 06/11/19 | $ 2,911.98 |
| 84 | | | | | | 5100604492 | 06/11/19 | $ 2,911.98 |
| 85 | | | | | | 5100604494 | 06/11/19 | $ 2,911.98 |
| 86 | | | | | | 5100605880 | 06/12/19 | $ 7,629.26 |
| 87 | | | | | | 5100605881 | 06/12/19 | $ 2,911.98 |
| 88 | | | | | | 5100605882 | 06/12/19 | $ 2,911.98 |
| 89 | | | | | | 5100605884 | 06/12/19 | $ 2,911.98 |
| 90 | | | | | | 5100605885 | 06/12/19 | $ 2,911.98 |
| 91 | | | | | | 1900042541 | 06/15/19 | $ 1,575.00 |
| 92 | | | | | | | | $ 255,466.08 |
| 93 | | | | | | | | |
| 94 | CANADIAN NATIONAL RAILWAY | 07/19/19 | 2000096064 | Wire | $ 200,072.73 | 5100605887 | 06/12/19 | $ 2,911.98 |
| 95 | | | | | | 5100605871 | 06/13/19 | $ 11,775.22 |
| 96 | | | | | | 5100605872 | 06/13/19 | $ 2,911.98 |
| 97 | | | | | | 5100605873 | 06/13/19 | $ 2,911.98 |
| 98 | | | | | | 5100605874 | 06/13/19 | $ 2,911.98 |
| 99 | | | | | | 5100605875 | 06/13/19 | $ 2,911.98 |
| 100 | | | | | | 5100605876 | 06/13/19 | $ 2,911.98 |
| 101 | | | | | | 5100605877 | 06/13/19 | $ 2,911.98 |
| 102 | | | | | | 5100605878 | 06/13/19 | $ 2,911.98 |
| 103 | | | | | | 5100605879 | 06/13/19 | $ 2,911.98 |
| 104 | | | | | | 5100606332 | 06/14/19 | $ 8,404.01 |
| 105 | | | | | | 5100606336 | 06/14/19 | $ 2,911.98 |
| 106 | | | | | | 5100606364 | 06/14/19 | $ 2,911.98 |
| 107 | | | | | | 5100606365 | 06/14/19 | $ 2,911.98 |
| 108 | | | | | | 5100606367 | 06/14/19 | $ 2,911.98 |
| 109 | | | | | | 5100606368 | 06/14/19 | $ 2,911.98 |
| 110 | | | | | | 5100606369 | 06/14/19 | $ 2,911.98 |
| 111 | | | | | | 1900042542 | 06/15/19 | $ 1,690.00 |
| 112 | | | | | | 5100608918 | 06/15/19 | $ 5,852.54 |
| 113 | | | | | | 5100606370 | 06/16/19 | $ 11,084.61 |
| 114 | | | | | | 5100606327 | 06/18/19 | $ 2,911.98 |
| 115 | | | | | | 5100606328 | 06/18/19 | $ 2,911.98 |
| 116 | | | | | | 5100606329 | 06/18/19 | $ 2,911.98 |
| 117 | | | | | | 5100606330 | 06/18/19 | $ 2,911.98 |
| 118 | | | | | | 5100606331 | 06/18/19 | $ 2,911.98 |
| 119 | | | | | | 5100606371 | 06/18/19 | $ 2,911.98 |
| 120 | | | | | | 5100606373 | 06/18/19 | $ 2,911.98 |
| 121 | | | | | | 5100606374 | 06/18/19 | $ 2,911.98 |
| 122 | | | | | | 5100606376 | 06/18/19 | $ 2,911.98 |
| 123 | | | | | | 5100606377 | 06/18/19 | $ 2,911.98 |
| 124 | | | | | | 5100606378 | 06/18/19 | $ 2,911.98 |
| 125 | | | | | | 5100606379 | 06/18/19 | $ 2,911.98 |
| 126 | | | | | | 5100606303 | 06/19/19 | $ 2,911.98 |
| 127 | | | | | | 5100606315 | 06/19/19 | $ 2,911.98 |
| 128 | | | | | | 5100606316 | 06/19/19 | $ 2,911.98 |
| 129 | | | | | | 5100606317 | 06/19/19 | $ 2,911.98 |
| 130 | | | | | | 5100606321 | 06/19/19 | $ 2,911.98 |
| 131 | | | | | | 5100606322 | 06/19/19 | $ 2,911.98 |
| 132 | | | | | | 5100606325 | 06/19/19 | $ 2,911.98 |
| 133 | | | | | | 5100606372 | 06/19/19 | $ 2,911.98 |
| 134 | | | | | | 5100606380 | 06/19/19 | $ 2,911.98 |
| 135 | | | | | | 5100608924 | 06/19/19 | $ 5,852.54 |
| 136 | | | | | | 1900042604 | 06/20/19 | $ 10,725.00 |
| 137 | | | | | | 1900042605 | 06/21/19 | $ 750.00 |

| | A | B | C | D | E | F | G | H | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount | |
| 138 | | | | | | 1900042606 | 06/21/19 | $ | 910.00 |
| 139 | | | | | | 5100606978 | 06/21/19 | $ | 2,911.98 |
| 140 | | | | | | 5100609006 | 06/26/19 | $ | 2,911.98 |
| 141 | | | | | | 5100609007 | 06/26/19 | $ | 2,911.98 |
| 142 | | | | | | 5100609008 | 06/26/19 | $ | 2,911.98 |
| 143 | | | | | | 5100609009 | 06/26/19 | $ | 2,911.98 |
| 144 | | | | | | 5100609010 | 06/26/19 | $ | 2,911.98 |
| 145 | | | | | | 5100609011 | 06/26/19 | $ | 2,911.98 |
| 146 | | | | | | 5100609012 | 06/26/19 | $ | 2,911.98 |
| 147 | | | | | | 5100609013 | 06/26/19 | $ | 2,911.98 |
| 148 | | | | | | 5100609014 | 06/26/19 | $ | 9,514.71 |
| 149 | | | | | | 1900042661 | 07/02/19 | $ | 2,475.00 |
| 150 | | | | | | | | $ | 200,072.73 |
| 151 | | | | | | | | | |
| 152 | CANADIAN NATIONAL RAILWAY | 07/24/19 | 2000096087 | Wire | $  281,829.61 | 5100609038 | 06/23/19 | $ | 11,253.42 |
| 153 | | | | | | 5100609039 | 06/23/19 | $ | 11,253.42 |
| 154 | | | | | | 5100609040 | 06/23/19 | $ | 11,253.42 |
| 155 | | | | | | 5100609041 | 06/23/19 | $ | 11,253.42 |
| 156 | | | | | | 5100609042 | 06/25/19 | $ | 11,253.42 |
| 157 | | | | | | 5100609043 | 06/25/19 | $ | 9,514.71 |
| 158 | | | | | | 5100609030 | 06/26/19 | $ | 11,775.22 |
| 159 | | | | | | 5100609032 | 06/26/19 | $ | 8,404.01 |
| 160 | | | | | | 5100609015 | 06/27/19 | $ | 2,911.98 |
| 161 | | | | | | 5100609017 | 06/27/19 | $ | 2,911.98 |
| 162 | | | | | | 5100609018 | 06/27/19 | $ | 2,911.98 |
| 163 | | | | | | 5100609019 | 06/27/19 | $ | 8,404.01 |
| 164 | | | | | | 5100609020 | 06/27/19 | $ | 7,629.26 |
| 165 | | | | | | 5100609021 | 06/27/19 | $ | 2,911.98 |
| 166 | | | | | | 5100609022 | 06/27/19 | $ | 2,911.98 |
| 167 | | | | | | 5100609024 | 06/27/19 | $ | 2,911.98 |
| 168 | | | | | | 5100609026 | 06/27/19 | $ | 2,911.98 |
| 169 | | | | | | 5100609027 | 06/27/19 | $ | 2,911.98 |
| 170 | | | | | | 5100609028 | 06/27/19 | $ | 2,911.98 |
| 171 | | | | | | 5100609029 | 06/27/19 | $ | 2,911.98 |
| 172 | | | | | | 5100609044 | 06/29/19 | $ | 2,911.98 |
| 173 | | | | | | 5100609045 | 06/29/19 | $ | 2,911.98 |
| 174 | | | | | | 5100609046 | 06/29/19 | $ | 2,911.98 |
| 175 | | | | | | 5100609047 | 06/29/19 | $ | 2,911.98 |
| 176 | | | | | | 5100609048 | 06/29/19 | $ | 2,911.98 |
| 177 | | | | | | 5100609049 | 06/29/19 | $ | 2,911.98 |
| 178 | | | | | | 5100609051 | 06/29/19 | $ | 2,911.98 |
| 179 | | | | | | 5100609052 | 06/29/19 | $ | 2,911.98 |
| 180 | | | | | | 5100609053 | 06/29/19 | $ | 2,911.98 |
| 181 | | | | | | 5100609054 | 06/29/19 | $ | 2,911.98 |
| 182 | | | | | | 5100609055 | 06/29/19 | $ | 2,911.98 |
| 183 | | | | | | 5100609057 | 06/29/19 | $ | 2,911.98 |
| 184 | | | | | | 5100609058 | 06/29/19 | $ | 2,911.98 |
| 185 | | | | | | 5100609791 | 06/29/19 | $ | 2,911.98 |
| 186 | | | | | | 5100609061 | 06/30/19 | $ | 11,084.61 |
| 187 | | | | | | 5100609062 | 06/30/19 | $ | 11,397.14 |
| 188 | | | | | | 5100609063 | 06/30/19 | $ | 11,084.61 |
| 189 | | | | | | 5100609064 | 07/01/19 | $ | 8,404.01 |
| 190 | | | | | | 1900042659 | 07/02/19 | $ | 390.00 |
| 191 | | | | | | 1900042660 | 07/02/19 | $ | 780.00 |
| 192 | | | | | | 5100609909 | 07/04/19 | $ | 7,960.70 |
| 193 | | | | | | 5100609912 | 07/04/19 | $ | 6,104.99 |
| 194 | | | | | | 5100609911 | 07/05/19 | $ | 11,703.79 |
| 195 | | | | | | 5100609880 | 07/06/19 | $ | 2,911.98 |
| 196 | | | | | | 5100609899 | 07/08/19 | $ | 1,121.22 |
| 197 | | | | | | 5100609886 | 07/09/19 | $ | 1,121.22 |
| 198 | | | | | | 5100609887 | 07/09/19 | $ | 1,121.22 |
| 199 | | | | | | 5100609889 | 07/09/19 | $ | 1,121.22 |
| 200 | | | | | | 5100609890 | 07/09/19 | $ | 1,121.22 |
| 201 | | | | | | 5100609891 | 07/09/19 | $ | 1,121.22 |
| 202 | | | | | | 5100609892 | 07/09/19 | $ | 1,121.22 |
| 203 | | | | | | 5100609893 | 07/09/19 | $ | 1,121.22 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 204 | | | | | | 5100609894 | 07/09/19 | $ 1,121.22 |
| 205 | | | | | | 5100609895 | 07/09/19 | $ 1,121.22 |
| 206 | | | | | | 5100609896 | 07/09/19 | $ 1,121.22 |
| 207 | | | | | | 5100609897 | 07/09/19 | $ 1,121.22 |
| 208 | | | | | | 5100609898 | 07/09/19 | $ 1,121.22 |
| 209 | | | | | | 5100609900 | 07/09/19 | $ 1,121.22 |
| 210 | | | | | | 5100609901 | 07/09/19 | $ 1,121.22 |
| 211 | | | | | | 5100609903 | 07/09/19 | $ 1,121.22 |
| 212 | | | | | | 5100609904 | 07/09/19 | $ 1,121.22 |
| 213 | | | | | | 5100609905 | 07/09/19 | $ 1,121.22 |
| 214 | | | | | | 5100609907 | 07/10/19 | $ 11,839.00 |
| 215 | | | | | | 5100610265 | 07/12/19 | $ 6,104.99 |
| 216 | | | | | | | | $ 281,829.61 |
| 217 | | | | | | | | |
| 218 | CANADIAN NATIONAL RAILWAY | 08/02/19 | 2000096201 | Wire | $ 170,125.45 | 1900042709 | 03/29/19 | $ 2,893.77 |
| 219 | | | | | | 1900042710 | 03/29/19 | $ 2,893.77 |
| 220 | | | | | | 1900042711 | 03/29/19 | $ 2,893.77 |
| 221 | | | | | | 1900042712 | 03/29/19 | $ 2,893.77 |
| 222 | | | | | | 1900042713 | 03/29/19 | $ 2,893.77 |
| 223 | | | | | | 1900042714 | 03/29/19 | $ 2,893.77 |
| 224 | | | | | | 1900042715 | 03/29/19 | $ 2,893.77 |
| 225 | | | | | | 1900042716 | 03/29/19 | $ 2,893.77 |
| 226 | | | | | | 1900042717 | 03/29/19 | $ 2,893.77 |
| 227 | | | | | | 1900042718 | 03/29/19 | $ 2,893.77 |
| 228 | | | | | | 1900042719 | 03/29/19 | $ 2,893.77 |
| 229 | | | | | | 1900042720 | 03/29/19 | $ 2,893.77 |
| 230 | | | | | | 5100610673 | 03/29/19 | $ 5,840.30 |
| 231 | | | | | | 5100613548 | 06/25/19 | $ 5,852.54 |
| 232 | | | | | | 5100613547 | 06/27/19 | $ 5,852.54 |
| 233 | | | | | | 1900042746 | 07/10/19 | $ 130.00 |
| 234 | | | | | | 1900042747 | 07/10/19 | $ 5,700.00 |
| 235 | | | | | | 1900042745 | 07/11/19 | $ 4,810.00 |
| 236 | | | | | | 5100610229 | 07/13/19 | $ 9,902.34 |
| 237 | | | | | | 5100610230 | 07/13/19 | $ 8,698.79 |
| 238 | | | | | | 5100610231 | 07/16/19 | $ 1,121.22 |
| 239 | | | | | | 5100610232 | 07/16/19 | $ 1,121.22 |
| 240 | | | | | | 5100610233 | 07/16/19 | $ 1,121.22 |
| 241 | | | | | | 5100610234 | 07/16/19 | $ 1,121.22 |
| 242 | | | | | | 5100610235 | 07/16/19 | $ 1,121.22 |
| 243 | | | | | | 5100610238 | 07/16/19 | $ 1,121.22 |
| 244 | | | | | | 5100610240 | 07/16/19 | $ 1,121.22 |
| 245 | | | | | | 5100610242 | 07/16/19 | $ 1,121.22 |
| 246 | | | | | | 5100610245 | 07/16/19 | $ 1,121.22 |
| 247 | | | | | | 5100610246 | 07/16/19 | $ 1,121.22 |
| 248 | | | | | | 5100610247 | 07/16/19 | $ 1,121.22 |
| 249 | | | | | | 5100610248 | 07/16/19 | $ 1,121.22 |
| 250 | | | | | | 5100610249 | 07/16/19 | $ 1,121.22 |
| 251 | | | | | | 5100610251 | 07/16/19 | $ 1,121.22 |
| 252 | | | | | | 5100610252 | 07/16/19 | $ 1,121.22 |
| 253 | | | | | | 5100610253 | 07/16/19 | $ 1,121.22 |
| 254 | | | | | | 5100610255 | 07/16/19 | $ 1,121.22 |
| 255 | | | | | | 5100610903 | 07/18/19 | $ 11,703.79 |
| 256 | | | | | | 5100610904 | 07/18/19 | $ 6,104.99 |
| 257 | | | | | | 5100610908 | 07/18/19 | $ 9,902.34 |
| 258 | | | | | | 5100610909 | 07/18/19 | $ 7,960.70 |
| 259 | | | | | | 5100611176 | 07/19/19 | $ 11,839.00 |
| 260 | | | | | | 5100611177 | 07/19/19 | $ 7,960.70 |
| 261 | | | | | | 5100611399 | 07/20/19 | $ 1,121.22 |
| 262 | | | | | | 5100611400 | 07/20/19 | $ 1,121.22 |
| 263 | | | | | | 5100611406 | 07/20/19 | $ 11,839.00 |
| 264 | | | | | | | | $ 170,125.45 |
| 265 | | | | | | | | |
| 266 | CANADIAN NATIONAL RAILWAY | 08/09/19 | 2000096464 | Wire | $ 106,258.72 | 5100611401 | 07/20/19 | $ 1,121.22 |
| 267 | | | | | | 5100611402 | 07/20/19 | $ 1,121.22 |
| 268 | | | | | | 5100611403 | 07/20/19 | $ 1,121.22 |
| 269 | | | | | | 5100611404 | 07/20/19 | $ 1,121.22 |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 270 | | | | | | 5100611410 | 07/20/19 | $ 1,121.22 |
| 271 | | | | | | 5100611411 | 07/20/19 | $ 1,121.22 |
| 272 | | | | | | 1900042791 | 07/21/19 | $ 260.00 |
| 273 | | | | | | 5100611413 | 07/21/19 | $ 8,698.79 |
| 274 | | | | | | 5100611416 | 07/21/19 | $ 11,703.79 |
| 275 | | | | | | 5100611419 | 07/21/19 | $ 11,839.00 |
| 276 | | | | | | 5100612744 | 07/24/19 | $ 7,043.92 |
| 277 | | | | | | 5100612977 | 07/25/19 | $ 6,104.99 |
| 278 | | | | | | 5100613258 | 07/25/19 | $ 12,246.73 |
| 279 | | | | | | 5100613259 | 07/26/19 | $ 8,698.79 |
| 280 | | | | | | 5100613260 | 07/26/19 | $ 9,403.95 |
| 281 | | | | | | 5100613261 | 07/26/19 | $ 9,403.95 |
| 282 | | | | | | 5100613262 | 07/26/19 | $ 9,403.95 |
| 283 | | | | | | 1900042916 | 07/27/19 | $ 4,723.54 |
| 284 | | | | | | | | $ 106,258.72 |
| 285 | | | | | | | | |
| 286 | CANADIAN NATIONAL RAILWAY | 08/16/19 | 2000096622 | Wire | $ 113,438.14 | 5100613685 | 07/27/19 | $ 9,403.95 |
| 287 | | | | | | 5100613687 | 07/27/19 | $ 9,826.32 |
| 288 | | | | | | 5100613689 | 07/27/19 | $ 9,902.34 |
| 289 | | | | | | 5100613684 | 07/28/19 | $ 8,698.79 |
| 290 | | | | | | 1900042923 | 07/30/19 | $ 260.00 |
| 291 | | | | | | 5100614055 | 07/30/19 | $ 6,104.99 |
| 292 | | | | | | 5100614568 | 08/01/19 | $ 1,121.22 |
| 293 | | | | | | 5100614569 | 08/01/19 | $ 1,121.22 |
| 294 | | | | | | 5100614570 | 08/01/19 | $ 1,121.22 |
| 295 | | | | | | 5100614571 | 08/01/19 | $ 1,121.22 |
| 296 | | | | | | 5100614572 | 08/01/19 | $ 1,121.22 |
| 297 | | | | | | 5100614573 | 08/01/19 | $ 1,121.22 |
| 298 | | | | | | 5100614574 | 08/01/19 | $ 1,121.22 |
| 299 | | | | | | 5100614575 | 08/01/19 | $ 1,121.22 |
| 300 | | | | | | 5100614578 | 08/01/19 | $ 1,121.22 |
| 301 | | | | | | 5100614579 | 08/01/19 | $ 1,121.22 |
| 302 | | | | | | 5100614580 | 08/01/19 | $ 1,121.22 |
| 303 | | | | | | 5100614582 | 08/01/19 | $ 1,121.22 |
| 304 | | | | | | 5100614583 | 08/01/19 | $ 1,121.22 |
| 305 | | | | | | 5100614585 | 08/01/19 | $ 1,121.22 |
| 306 | | | | | | 5100614587 | 08/01/19 | $ 1,121.22 |
| 307 | | | | | | 5100614588 | 08/01/19 | $ 1,121.22 |
| 308 | | | | | | 5100614589 | 08/01/19 | $ 1,121.22 |
| 309 | | | | | | 5100614591 | 08/01/19 | $ 1,121.22 |
| 310 | | | | | | 5100614594 | 08/01/19 | $ 1,121.22 |
| 311 | | | | | | 5100614595 | 08/01/19 | $ 9,902.34 |
| 312 | | | | | | 5100614619 | 08/02/19 | $ 1,121.22 |
| 313 | | | | | | 5100614624 | 08/02/19 | $ 1,121.22 |
| 314 | | | | | | 5100614625 | 08/02/19 | $ 7,947.83 |
| 315 | | | | | | 5100614626 | 08/02/19 | $ 1,121.22 |
| 316 | | | | | | 5100614627 | 08/02/19 | $ 1,121.22 |
| 317 | | | | | | 5100614628 | 08/02/19 | $ 1,121.22 |
| 318 | | | | | | 5100614630 | 08/02/19 | $ 1,121.22 |
| 319 | | | | | | 5100614631 | 08/02/19 | $ 1,121.22 |
| 320 | | | | | | 5100614632 | 08/02/19 | $ 1,121.22 |
| 321 | | | | | | 5100614634 | 08/02/19 | $ 1,121.22 |
| 322 | | | | | | 5100615154 | 08/03/19 | $ 8,685.22 |
| 323 | | | | | | 5100616309 | 08/07/19 | $ 1,121.22 |
| 324 | | | | | | 5100616310 | 08/07/19 | $ 1,121.22 |
| 325 | | | | | | 5100616312 | 08/07/19 | $ 1,121.22 |
| 326 | | | | | | 5100616316 | 08/07/19 | $ 1,121.22 |
| 327 | | | | | | 5100616317 | 08/07/19 | $ 1,121.22 |
| 328 | | | | | | 5100616318 | 08/07/19 | $ 1,121.22 |
| 329 | | | | | | 5100616320 | 08/07/19 | $ 1,121.22 |
| 330 | | | | | | 5100616321 | 08/07/19 | $ 1,121.22 |
| 331 | | | | | | 5100616322 | 08/07/19 | $ 1,121.22 |
| 332 | | | | | | 5100616324 | 08/07/19 | $ 1,121.22 |
| 333 | | | | | | 1900043033 | 08/08/19 | $ 100.00 |
| 334 | | | | | | | | $ 113,438.14 |
| 335 | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 336 | CANADIAN NATIONAL RAILWAY | 09/11/19 | 2000096871 | Wire | $ 223,004.01 | 1900043096 | 08/07/19 | $ 780.00 |
| 337 | | | | | | 1900043097 | 08/07/19 | $ 1,500.00 |
| 338 | | | | | | 5100616290 | 08/09/19 | $ 9,871.08 |
| 339 | | | | | | 5100616275 | 08/10/19 | $ 8,685.22 |
| 340 | | | | | | 5100616277 | 08/10/19 | $ 9,871.08 |
| 341 | | | | | | 5100616279 | 08/10/19 | $ 11,815.27 |
| 342 | | | | | | 1900043098 | 08/11/19 | $ 1,430.00 |
| 343 | | | | | | 5100616552 | 08/13/19 | $ 6,100.10 |
| 344 | | | | | | 1900043129 | 08/14/19 | $ 3,134.23 |
| 345 | | | | | | 1900043340 | 08/14/19 | $ 10,176.00 |
| 346 | | | | | | 5100617020 | 08/14/19 | $ 6,100.10 |
| 347 | | | | | | 5100617021 | 08/15/19 | $ 1,120.86 |
| 348 | | | | | | 5100617051 | 08/15/19 | $ 1,120.86 |
| 349 | | | | | | 5100617052 | 08/15/19 | $ 1,120.86 |
| 350 | | | | | | 5100617053 | 08/15/19 | $ 1,120.86 |
| 351 | | | | | | 5100617056 | 08/15/19 | $ 1,120.86 |
| 352 | | | | | | 5100617057 | 08/15/19 | $ 1,120.86 |
| 353 | | | | | | 5100617058 | 08/15/19 | $ 1,120.86 |
| 354 | | | | | | 5100617060 | 08/15/19 | $ 1,120.86 |
| 355 | | | | | | 5100617062 | 08/15/19 | $ 1,120.86 |
| 356 | | | | | | 5100617195 | 08/16/19 | $ 1,120.86 |
| 357 | | | | | | 5100617196 | 08/16/19 | $ 9,387.12 |
| 358 | | | | | | 5100617197 | 08/16/19 | $ 6,100.10 |
| 359 | | | | | | 5100617198 | 08/16/19 | $ 9,871.08 |
| 360 | | | | | | 5100617199 | 08/16/19 | $ 12,211.72 |
| 361 | | | | | | 5100617200 | 08/16/19 | $ 1,120.86 |
| 362 | | | | | | 1900043314 | 08/17/19 | $ 1,500.00 |
| 363 | | | | | | 5100617527 | 08/17/19 | $ 9,387.12 |
| 364 | | | | | | 5100617528 | 08/17/19 | $ 9,387.12 |
| 365 | | | | | | 5100617529 | 08/18/19 | $ 5,941.86 |
| 366 | | | | | | 5100617530 | 08/18/19 | $ 8,685.22 |
| 367 | | | | | | 5100618233 | 08/21/19 | $ 9,871.08 |
| 368 | | | | | | 5100618234 | 08/21/19 | $ 11,815.27 |
| 369 | | | | | | 5100618235 | 08/21/19 | $ 5,941.86 |
| 370 | | | | | | 5100618485 | 08/22/19 | $ 1,120.86 |
| 371 | | | | | | 5100618486 | 08/22/19 | $ 1,120.86 |
| 372 | | | | | | 5100618487 | 08/22/19 | $ 1,120.86 |
| 373 | | | | | | 5100618489 | 08/22/19 | $ 1,120.86 |
| 374 | | | | | | 5100618490 | 08/22/19 | $ 1,120.86 |
| 375 | | | | | | 5100618492 | 08/22/19 | $ 1,120.86 |
| 376 | | | | | | 5100618493 | 08/22/19 | $ 1,120.86 |
| 377 | | | | | | 5100618494 | 08/22/19 | $ 1,120.86 |
| 378 | | | | | | 5100618495 | 08/22/19 | $ 1,120.86 |
| 379 | | | | | | 5100618496 | 08/22/19 | $ 1,120.86 |
| 380 | | | | | | 5100618497 | 08/22/19 | $ 1,120.86 |
| 381 | | | | | | 5100618498 | 08/22/19 | $ 1,120.86 |
| 382 | | | | | | 5100618499 | 08/22/19 | $ 1,120.86 |
| 383 | | | | | | 5100618500 | 08/22/19 | $ 1,120.86 |
| 384 | | | | | | 5100618503 | 08/22/19 | $ 1,120.86 |
| 385 | | | | | | 5100618505 | 08/22/19 | $ 1,120.86 |
| 386 | | | | | | 5100618507 | 08/22/19 | $ 11,505.12 |
| 387 | | | | | | 5100618508 | 08/22/19 | $ 11,673.04 |
| 388 | | | | | | | | $ 223,004.01 |
| 389 | | | | | | | | |
| 390 | CANADIAN NATIONAL RAILWAY | 09/16/19 | 2000096901 | Wire | $ 160,429.11 | 5100618506 | 08/22/19 | $ 1,120.86 |
| 391 | | | | | | 5100618509 | 08/22/19 | $ 1,120.86 |
| 392 | | | | | | 5100618510 | 08/22/19 | $ 1,120.86 |
| 393 | | | | | | 5100619174 | 08/22/19 | $ 9,871.08 |
| 394 | | | | | | 5100619179 | 08/23/19 | $ 11,815.27 |
| 395 | | | | | | 5100619181 | 08/24/19 | $ 11,673.04 |
| 396 | | | | | | 5100619183 | 08/24/19 | $ 11,673.04 |
| 397 | | | | | | 5100619187 | 08/26/19 | $ 8,685.22 |
| 398 | | | | | | 5100619309 | 08/26/19 | $ 4,886.57 |
| 399 | | | | | | 5100619193 | 08/27/19 | $ 6,100.10 |
| 400 | | | | | | 1900043315 | 08/28/19 | $ 75.00 |
| 401 | | | | | | 1900043316 | 08/28/19 | $ 11,775.00 |

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 402 | | | | | | 5100619312 | 08/28/19 | $ 4,886.57 |
| 403 | | | | | | 5100619455 | 08/29/19 | $ 9,871.08 |
| 404 | | | | | | 5100619456 | 08/29/19 | $ 1,120.86 |
| 405 | | | | | | 5100619457 | 08/29/19 | $ 1,120.86 |
| 406 | | | | | | 5100619458 | 08/29/19 | $ 1,120.86 |
| 407 | | | | | | 5100619459 | 08/29/19 | $ 1,120.86 |
| 408 | | | | | | 5100619603 | 08/30/19 | $ 1,120.86 |
| 409 | | | | | | 5100619604 | 08/30/19 | $ 1,120.86 |
| 410 | | | | | | 5100619605 | 08/30/19 | $ 1,120.86 |
| 411 | | | | | | 5100619606 | 08/30/19 | $ 6,100.10 |
| 412 | | | | | | 5100619608 | 08/30/19 | $ 1,120.86 |
| 413 | | | | | | 5100619609 | 08/30/19 | $ 1,120.86 |
| 414 | | | | | | 5100619611 | 08/30/19 | $ 1,120.86 |
| 415 | | | | | | 5100619615 | 08/30/19 | $ 1,120.86 |
| 416 | | | | | | 5100619617 | 08/30/19 | $ 1,120.86 |
| 417 | | | | | | 5100619618 | 08/30/19 | $ 1,120.86 |
| 418 | | | | | | 5100619619 | 08/30/19 | $ 1,120.86 |
| 419 | | | | | | 5100620042 | 08/31/19 | $ 12,211.72 |
| 420 | | | | | | 1900043367 | 09/01/19 | $ 2,625.00 |
| 421 | | | | | | 5100620038 | 09/01/19 | $ 9,871.08 |
| 422 | | | | | | 5100620326 | 09/05/19 | $ 1,120.86 |
| 423 | | | | | | 5100620327 | 09/05/19 | $ 1,120.86 |
| 424 | | | | | | 5100620328 | 09/05/19 | $ 1,120.86 |
| 425 | | | | | | 5100620329 | 09/05/19 | $ 1,120.86 |
| 426 | | | | | | 5100620330 | 09/05/19 | $ 1,120.86 |
| 427 | | | | | | 5100620331 | 09/05/19 | $ 1,120.86 |
| 428 | | | | | | 5100620332 | 09/05/19 | $ 1,120.86 |
| 429 | | | | | | 5100620333 | 09/05/19 | $ 1,120.86 |
| 430 | | | | | | 5100620335 | 09/05/19 | $ 1,120.86 |
| 431 | | | | | | 5100620336 | 09/05/19 | $ 1,120.86 |
| 432 | | | | | | 5100620337 | 09/05/19 | $ 1,120.86 |
| 433 | | | | | | 5100620338 | 09/05/19 | $ 1,120.86 |
| 434 | | | | | | 5100620339 | 09/05/19 | $ 1,120.86 |
| 435 | | | | | | 5100620340 | 09/05/19 | $ 1,120.86 |
| 436 | | | | | | 5100620344 | 09/05/19 | $ 1,120.86 |
| 437 | | | | | | 5100620345 | 09/05/19 | $ 1,120.86 |
| 438 | | | | | | 5100620346 | 09/05/19 | $ 1,120.86 |
| 439 | | | | | | 1900043387 | 09/08/19 | $ 200.00 |
| 440 | | | | | | | | $ 160,429.11 |
| 441 | | | | | | | | |
| 442 | | | | | $1,622,794.23 | | | $ 1,622,794.23 |