# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>CANADIAN NATIONAL RAILWAY COMPANY,<br><br>Defendant. | Adv. Proc. No. 21-50205 (KBO) |

**ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

Upon consideration of the *Stipulation Regarding Appointment of Mediator* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. No later than sixty (60) days following entry of this Order, either:

    a. the Mediator must file a status report regarding the status or outcome of mediation (or sooner if the Parties reach a resolution), which status report may indicate the Parties wish to continue mediation and will provide a date certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

    by which a further status report will be filed with the Court; provided, however, that if mediation is not successful, the Mediator will file a status report so indicating within fourteen (14) days of such determination, and the Parties will thereafter be obligated to comply with paragraph 2(b) of this Order in promptly noticing a Rule 16 scheduling conference; or

   b. the Parties must file a notice to schedule a Rule 16 scheduling conference to consider entry of a proposed scheduling order for this adversary proceeding.

  3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: June 25th, 2021**
**Wilmington, Delaware**

            **KAREN B. OWENS**
            **UNITED STATES BANKRUPTCY JUDGE**