# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 6/28/2021
Case: 21−50205−KBO     Form ID: van416     Total: 4

**Recipients of Notice of Electronic Filing:**
pla     George L. Miller     gmiller@mctllp.com
md     Mark E. Felger     mfelger@cozen.com
aty     Peter J Keane     pkeane@pszjlaw.com
aty     William F. Taylor, Jr.     bankruptcydel@mccarter.com

TOTAL: 4