## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| BAYOU STEEL BD HOLDINGS, LLC, et al.,[1] | : | Case No. 19-12153 (KBO) |
|     Debtors. | : | |
| _____ | : | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C. et al., | : | |
| | : | Adv. Pro. No. 21-50205 (KBO) |
|     Plaintiff, | : | |
| v. | : | |
| CANADIAN NATIONAL RAILWAY COMPANY, | : | |
|     Defendant. | : | |

## MEDIATOR'S STATUS REPORT

The undersigned mediator reports that he continues to work with the parties to schedule a mediation session and he expects to have a session scheduled within 60 days.

Dated: September 2, 2021

By: */s/ Mark E. Felger*_____
Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Phone: (302) 295-2000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).