# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, et al.,[1] | Case No. 19-12153 (KBO) |
|     Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C. et al., | Adv. Pro. No. 21-50205 (KBO) |
|     Plaintiff, | |
| v. | |
| CANADIAN NATIONAL RAILWAY COMPANY, | |
|     Defendant. | |

## MEDIATOR'S CERTIFICATION OF COMPLETION

The undersigned mediator reports that a series of mediation sessions were held telephonically, and the matter has been resolved in the following manner:

(a) The following individuals participated:

    (1) Counsel (name and party representing)

        Andrew Caine of Pachulski Stang Ziehl & Jones LLP on behalf of Plaintiff
        William F. Taylor, Jr. of McCarter & English LLP on behalf of Defendant
        Michael J. Barron, Jr. of Fletcher & Sippel, LLC on behalf of Defendant

(b) The following parties failed to appear and/or participate as ordered: N/A

(c) The outcome of the mediation conference was:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

| | |
|---|---|
| __X__ | The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and Rule 9019 motion within twenty (20) days of the conference. |
| _____ | The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days. |
| _____ | The following issues remain for this court to resolve: |
| _____ | The matter has not been resolved and should proceed to trial. |
| _____ | OTHER: |

Dated:  March 16, 2022          By: /s/ Mark E. Felger
                                    Mark E. Felger (No. 3919)
                                    Chase Manhattan Centre
                                    1201 N. Market Street, Suite 1001
                                    Wilmington, DE  19801
                                    Phone:  (302) 295-2000